UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable JUDGE JACQUELINE P. COX        Hearing Date June 24 2008

Bankruptcy 07 B 6624        Adversary No. _____

Title of Case OMEGA AIRPORT SHUTTLE, INC.

Brief Statement of Motion: Court's post-confirmation status

Names and Addresses of moving counsel:

RICHARD FRIEDMAN
215 S. DEARBORN #873
CHICAGO IL 60604
Representing US TRUSTEE

PATIENCE CLARK
30 N. LASALLE #3400
CHICAGO IL 60602
DEBTOR

ORDER

A FINAL DECREE IS HEREBY ENTERED. THE CLERK SHALL CLOSE THIS CASE FORTHWITH.

/s/ Jacqueline P. Cox

J. P. Cox

JUDGE JACQUELINE P. COX
UNITED STATES BANKRUPTCY COURT